# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00049-CV

### In re Troy Lee Shaw Jr.

### ORIGINAL PROCEEDING FROM COMAL COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied, and the stay imposed by this Court's order is lifted. *See* Tex. R. App. P. 52.8(a), .10(b).

Thomas J. Baker, Justice

Before Chief Justice Byrne, Justices Baker and Smith

Filed: February 11, 2021